Supreme Court, Putnam Special Term, February, 1901. Unreported.

In the Matter of the Petition of NORMAN PLASS to Revoke the Liquor Tax Certificate of HENRY MULLER.

*H. C. Spurr* for petitioner.

*H. W. Leonard,* for respondent.

W. M. SMITH, J. It is not disputed by the respondent that the Wood house, the front Jaycox house, the Monroe house and the Phillips house are within two hundred feet of his place of business. He admits that the Wood house, the Jaycox house and the Monroe house were used exclusively as dwellings. If the Phillips house was used exclusively as a dwelling the respondent did not obtain the requisite number of consents. I have carefully read the evidence and I concur with the referee that the only conclusion permissible therefrom is that the Phillips house has been used exclusively for a dwelling since 1894. It follows that the certificate of respondent must be revoked with costs.

---

Supreme Court, Kings Special Term, February, 1901. Unreported.

In the Matter of the Application of BENJAMIN W. WILSON to Revoke the Liquor Tax Certificate of LEON GEISMAN.

GAYNOR, J.: The mere fact that the boys were allowed to meet in a school building at night at a sort of club or association to keep them off the street does not enable us to say that the building is not used exclusively for school purposes.

Application granted.